**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

May 3, 2024

**VIA ECF AND FACSIMILE:** **(914) 390-4179**

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: O.J. v. Chappaqua CSD, et al.
      Docket No.:  24 CV 2830 (NSR)
      Our File No.: 5001.752

Dear Judge Roman:

 We have recently been retained to represent the defendants in the captioned matter and we filed a Notice of Appearance earlier today. We are writing to respectfully request an extension of time to answer, appear or otherwise move with respect to the Complaint until May 24, 2024. We have spoken with the plaintiffs' counsel and he has graciously agreed to our request for this extension. This is our first request for an extension of time.

 Thank you for your consideration of this matter.

        Respectfully yours,

        SILVERMAN & ASSOCIATES

        Lewis R. Silverman

LRS/hj

cc: **Via ECF**

   All Counsel of Record