UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| O.J., a minor, by and through his father, M.J.,<br><br>Plaintiff,<br><br>v.<br><br>CHAPPAQUA CENTRAL SCHOOL DISTRICT; CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION; DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity; and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity,<br><br>Defendants. | No.: 24 Civ. 2830<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Greg H. Greubel, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for O.J., a minor, by and through his father, M.J., in the above-captioned case.

I am in good standing of the bars of the States of Pennsylvania, New Jersey, California and Iowa and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Dated: May 9, 2024

Respectfully Submitted,

<u>/s/ Greg H. Greubel</u>
Greg H. Greubel
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org

**CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, May ##, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system.

Respectfully submitted,

Dated: May XX, 2024

*/s/ Greg H. Greubel*
| | |
|---|---|
| Greg H. Greubel* | Alanna Kaufman |
| Colin P. McDonell* | Alyssa Isidoridy |
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION | KAUFMAN LIEB LEBOWITZ & FRICK LLP |
| | 18 E. 48th Street, Suite 802 |
| 510 Walnut Street; Suite 900 | New York, NY 10017 |
| Philadelphia, PA 19106 | Tel: (212) 660-2332 |
| Tel: (215) 717-3473 | akaufman@kllf-law.com |
| greg.greubel@thefire.org | aisidoridy@kllf-law.com |
| colin.mcdonell@thefire.org | |

*Admission *pro hac vice* pending