UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| O.J., a minor, by and through his father, M.J.,<br><br>    Plaintiff,<br><br> v.<br><br>CHAPPAQUA CENTRAL SCHOOL DISTRICT; CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION; DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity; and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity,<br><br>    Defendants. | No.: 24 Civ. 2830<br><br>**DECLARATION OF GREG H. GREUBEL** |

Pursuant to 28 U.S.C. § 1746(2) and Local Rule 1.3(c), I, Greg H. Greubel, declare the following: (1) I have never been convicted of a felony; (2) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and (3) there are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May __9__, 2024

                       _/s/ Greg H. Greubel_
                       Greg H. Greubel