

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *GREG HAROLD GREUBEL*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that GREG HAROLD GREUBEL, #343028, was on the 10th day of February 2022, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 18th day of April 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Sean Kennedy, Deputy Clerk