

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Greg Harold Greubel, Esq.*

### DATE OF ADMISSION

*November 2, 2015*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: April 19, 2024

_Elizabeth Zisk_

Elizabeth E. Zisk
Chief Clerk