**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| O.J., a minor, by and through his father, M.J., | No.: 24 Civ. 2830 |
| Plaintiff, | **DECLARATION OF GREG H. GREUBEL** |
| v. | |
| CHAPPAQUA CENTRAL SCHOOL DISTRICT; CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION; DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity; and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746(2) and Local Rule 1.3(c), I, Greg H. Greubel, declare the following: (1) I have never been convicted of a felony; (2) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and (3) there are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2024

_____
Greg H. Greubel