UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| O.J., a minor, by and through his father, M.J.,<br><br>     Plaintiff,<br><br> v.<br><br>CHAPPAQUA CENTRAL SCHOOL DISTRICT; CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION; DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity; and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity,<br><br>     Defendants. | No.: 24 Civ. 2830<br><br>**[PROPOSED] ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

   The motion of attorney Greg H. Greubel for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

   Applicant has declared that he is a member in good standing of the bars of the States of Pennsylvania, New Jersey, California and Iowa; and that his contact information is as follows:

   Greg H. Greubel
   Foundation for Individual Rights and Expression
   510 Walnut Street, Suite 900
   Philadelphia, PA 19106
   Tel: (215) 717-3473
   Fax: (215) 717-3440

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for O.J., a minor, by and through his father, M.J., in the above-captioned case;

**IT IS HEREBY ORDERED** that Greg H. Greubel is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____ _____
NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE