UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| O.J., a minor, by and through his father, M.J., <br><br> Plaintiff, <br><br> v. <br><br> CHAPPAQUA CENTRAL SCHOOL DISTRICT; CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION; DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity; and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity, <br><br> Defendants. | No.: 24 Civ. 2830 (NSR) <br><br> **ORDER FOR ADMISSION** <br> *PRO HAC VICE* |

The motion of attorney Colin P. McDonell for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of Pennsylvania and California; and that his contact information is as follows:

> Colin P. McDonell
> Foundation for Individual Rights and Expression
> 510 Walnut Street, Suite 900
> Philadelphia, PA 19106
> Tel: (215) 717-3473
> Fax: (215) 717-3440

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/16/2024

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for O.J., a minor, by and through his father, M.J., in the above-captioned case;

**IT IS HEREBY ORDERED** that Colin P. McDonell is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Clerk of Court is respectfully requested to terminate the motion at ECF No. 17.

SO ORDERED.

Dated: **White Plains, NY**
**May 16, 2024**

NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE