UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| O.J., a minor, by and through his father, M.J.,<br><br>Plaintiff,<br><br>v.<br><br>CHAPPAQUA CENTRAL SCHOOL DISTRICT, CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity, and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity,<br><br>Defendants. | No. 24 Civ. 2830<br><br>Hon. Nelson S. Roman<br><br>**DECLARATION OF M.J. IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Under 28 U.S.C. § 1746, I, M.J., declare the following:

1. I am over 18 years of age and have personal knowledge of the facts in this declaration.

2. I am the father of O.J., the Plaintiff in the above-captioned case.

3. Attached to this declaration as **Exhibit A** is a true and correct copy of the anonymous complaints submitted on October 17, 2022, through the Chappaqua Central School District's "Anonymous Alerts" website.

4. Attached to this declaration as **Exhibit B** is a true and correct copy of the "Danger Assessment and Intervention Plan screening" that school psychologist Dr. Stephanie Lia, Assistant Principal Lauralyn Stewart, and counselor John Brennan

filled out based on the danger assessment the School District required O.J. to undergo on October 18, 2022.

5. Attached to this declaration as **Exhibit C** is a true and correct copy of the Chappaqua Central School District's Student Code of Conduct (Board Policy 5030).

6. Attached to this declaration as **Exhibit D** is a true and correct copy of the October 18, 2022 proposed suspension letter from Principal Sepe.

7. Attached to this declaration as **Exhibit E** is a true and correct copy of the October 21, 2022 revised proposed suspension letter from Principal Sepe.

8. Attached to this declaration as **Exhibit F** is a true and correct copy of the June 23, 2023 letter from Superintendent Ackerman denying O.J.'s final appeal of his suspension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2024.

*M.J.*
M.J.