*O.J. v. Chappaqua Central School District*

# Exhibit F to Plaintiff's Motion for Preliminary Injunction

**(*Original Filed Under Seal with the Court*)**