| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 06/04/2024 |

O.J., a minor, by and through his father, M.J.,

        Plaintiff,

  v.

CHAPPAQUA CENTRAL SCHOOL DISTRICT, CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity, and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity,

        Defendants.

No. 24 Civ. 2830

Hon. Nelson S. Roman

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL**

 

**WHEREAS**, Plaintiff has requested to file under seal the following exhibits in support of his Motion for Preliminary Injunction: Exhibits A, B, D, E, and F to the Declaration of M.J. in Support of Plaintiff's Motion for Preliminary Injunction;

**WHEREAS**, the exhibits are protected educational records, contain personally identifiable information, and in some cases also contain health information or other sensitive information pertaining to the minor Plaintiff;

**WHEREAS**, Defendants do not oppose sealing these exhibits; and

**WHEREAS**, the Court concludes that sealing and preventing unnecessary invasion of Plaintiff's privacy is (1) essential to preserve values higher than a qualified First Amendment right of access to the material, and (2) narrowly tailored

to serve that interest,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

Plaintiff's Motion to Seal the Exhibits A, B, D, E, and F to the Declaration of

M.J. (ECF No. 31) in Support of Plaintiff's Motion for Preliminary Injunction is **GRANTED**. The Clerk of Court is kindly directed to terminate the motion at ECF No. 27.

**It is SO ORDERED.**

Dated: June 4, 2024
White Plains, NY

_____
Nelson S. Roman, U.S. District Judge