**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

June 5, 2024

<u>**VIA ECF AND FACSIMILE:**</u> **(914) 390-4179**

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    O.J. v. Chappaqua CSD, et al.
               Docket No.:  24 CV 2830 (NSR)
               <u>Our File No.: 5001.752</u>

Dear Judge Roman:

      Our office represents the defendants in the above-referenced matter. We are writing to respectfully request the Court's approval of a briefing schedule in connection with plaintiff's motion for a preliminary injunction. (*See* ECF Doc. Nos. 28-32.) Plaintiff's motion was filed on May 31, 2024. As such, the current deadline for defendants' opposition, in accordance with Local Civil Rule 6.1(b), is June 14, 2024. Plaintiff's reply is currently due June 21, 2024.

      The proposed briefing scheduled is as follows:

Defendants' Opposition:    **June 28, 2024**
Plaintiff's Reply:             **July 12, 2024**

      Plaintiff's counsel does not oppose this application. No prior request for a modification of the deadlines in connection with Plaintiff's motion has been made.

      Thank you for Your Honor's attention to this matter.

                    Respectfully yours,

                    SILVERMAN & ASSOCIATES

                    Stan Sharovskiy, Esq.

cc:    <u>**Via ECF**</u>

        All Counsel of Record