UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/22/2024_

O.J., a minor, by and through his father, M.J.,

          Plaintiff,

    v.

CHAPPAQUA CENTRAL SCHOOL DISTRICT, CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity, and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity,

          Defendants.

No. 24 Civ. 2830

Hon. Nelson S. Roman

**ORDER GRANTING JOINT STIPULATION WITHDRAWING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**WHEREAS,** having considered the parties' Joint Stipulation Withdrawing Plaintiff's Motion for Preliminary Injunction, for the reasons set forth therein, and for good cause shown,

    **IT IS HEREBY ORDERED:**

1. The parties' Stipulation Withdrawing Plaintiff's Motion for Preliminary Injunction is **GRANTED**;

2. Plaintiff's Motion for Preliminary Injunction [ECF No. 28] is **WITHDRAWN WITHOUT PREJUDICE**;

3. The Clerk of Court is kindly directed to terminate the motions at ECF Nos. 28 and 47.

Dated: July 22, 2024
  White Plains, NY

_____
Nelson S. Roman, U.S. District Judge