UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2024
```

O.J., a minor, by and through his father, M.J.,

          *Plaintiff*,

   v.

CHAPPAQUA CENTRAL SCHOOL DISTRICT, CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity, and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity,

          *Defendants*.

No. 24 Civ. 2830

Hon. Nelson S. Roman

**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OF THE SCHOOL DISTRICT'S HATE SPEECH POLICY**

**MEMO ENDORSED**

**The Court denies without prejudice Plaintiff's motion for failure to follow my individual rules. See Section 3(a)(ii). Plaintiff is directed to file a pre-motion letter seeking leave to file such a motion. The Clerk of Court is respectfully requested to terminate ECF No. 58.**

Dated: October 30, 2024
White Plains, New York

SO ORDERED:

*/s/ Nelson S. Román*
NELSON S. ROMÁN
United States District Judge

    **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and all other pleadings and proceedings in this action, Plaintiff O.J., by and through his father, M.J., moves this Court under Federal Rule of Civil Procedure 65(a) for an order preliminarily enjoining Defendants Chappaqua Central School District and Chappaqua Central School District Board of Education from enforcing, threatening to enforce, attempting to enforce, or otherwise requiring compliance with the School

District's Hate Speech Policy, *see* Ex. A, at 7 (defining and prohibiting "hate speech"), as set forth in Plaintiff's accompanying proposed order.

Respectfully submitted,

Dated: October 29, 2024

*/s/ Colin P. McDonell*

Colin P. McDonell*
Greg H. Greubel*
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut Street; Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
colin.mcdonell@thefire.org
greg.greubel@thefire.org

David Rubin*
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
700 Pennsylvania Ave. SE, Suite 340
Washington, D.C. 20003
Tel: (215) 717-3473
david. rubin@thefire.org

*Admitted *pro hac vice*

*Counsel for Plaintiff O.J., through his father, M.J.*