```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O.J., a minor, by and through his father, M.J.,

        Plaintiff,

v.

CHAPPAQUA CENTRAL SCHOOL DISTRICT, CHAPPAQUA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, DR. CHRISTINE ACKERMAN, Superintendent of Chappaqua Central School District, in her individual capacity, and DR. SANDRA SEPE, Principal of Horace Greeley High School, in her individual capacity,

        Defendants.

No. 24 Civ. 2830

Hon. Nelson S. Roman

**ORDER GRANTING JOINT STIPULATION WITHDRAWING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OF THE SCHOOL DISTRICT'S HATE SPEECH POLICY**

**WHEREAS,** having considered the parties' Joint Stipulation Withdrawing Plaintiff's Motion for Preliminary Injunction of the School District's Hate Speech Policy, for the reasons set forth therein, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation Withdrawing Plaintiff's Motion for Preliminary Injunction of the School District's Hate Speech Policy is **GRANTED**;

2. Plaintiff's Motion for Preliminary Injunction of the School District's Hate Speech Policy [ECF No. 71] is **WITHDRAWN WITHOUT PREJUDICE**.

Dated: May 23, 2025
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

The Clerk of Court is kindly requested to terminate the motions at ECF Nos. 71 and 93.